UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ADNEXUS INCORPORATED,<br>   Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br>   Defendant. | Civil Action No. 6:23-cv-00152-JKP<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Meta Platforms, Inc. ("Meta" or "Defendant") respectfully submits this agreed and unopposed motion for extension of time to answer or otherwise respond to Adnexus Incorporated's ("Plaintiff's") Complaint. Defendant hereby respectfully requests an extension of time up to and including May 30, 2022, to answer or otherwise respond to Plaintiff's Complaint.

Adnexus filed its Complaint on February 23, 2023 and alleges that Meta was served on March 8, 2023. The parties met and conferred on March 23, 2023 and counsel for Plaintiff agreed to extend the deadline to answer or otherwise respond to the Complaint until May 30, 2023. Good cause exists to grant this motion, as Meta has only recently retained outside counsel and requests additional time to work with counsel to further investigate the allegations of this complaint.

Accordingly, Defendant respectfully requests that the Court issue the attached proposed order extending Defendant's time to answer or otherwise respond to Plaintiff's Complaint to May 30, 2023.

Dated: March 24, 2023          Respectfully submitted,

                    *By:/s/ Brady Cox*
                    Brady Cox (TX Bar No. 24074084)
                    Brady.Cox@alston.com
                    ALSTON & BIRD LLP

2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: (214) 922-3443

Yuri Mikulka (CA Bar No. 185926)
yuri.mikulka@alston.com
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000

Ty Thomas (CA Bar No. 343414)
ty.thomas@alston.com
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000

Shawn Gannon (GA Bar No. 876327)
Shawn.gannon@alston.com
ALSTON & BIRD LLP
1201 W. Peachtree St. NE $4900
Atlanta, GA 30309
Telephone: (404) 881-7000

*Attorneys for Defendants Meta Platforms Inc..*