**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ADNEXUS INCORPORATED,<br>            Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC.<br>            Defendants. | Civil Action No. 6:23-cv-00152-JKP<br>JURY TRIAL DEMANDED |

## **[PROPOSED] ORDER**

The Court, having reviewed Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff Adnexus Incorporated's Complaint, and noting that the same is unopposed, finds that good cause exists to grant the requested extension and GRANTS the Motion.

Accordingly, IT IS ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to May 30, 2023.


DATED: _____        _____
                                      THE HONORABLE JASON K. PULLIAM
                                      UNITED STATES DISTRICT JUDGE