UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ADNEXUS INCORPORATED,<br>   Plaintiff,<br><br> v.<br><br>META PLATFORMS, INC.<br>   Defendants. | Civil Action No. 6:23-cv-00152-JKP<br>JURY TRIAL DEMANDED |

**DECLARATION OF BRADY COX IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S OPPOSED MOTION TO DISMISS ADNEXUS INC.'S FIRST AMENDED COMPLAINT**

I, Brady Cox, hereby declare as follows:

1. I am an attorney admitted to practice in the state of Texas.

2. I am a partner at the law firm of Alston & Bird LLP, in Dallas, Texas. Alston & Bird LLP is counsel for Defendant Meta Platforms, Inc. ("Meta") in the above-captioned civil action.

3. I submit this declaration in support of DEFENDANT META PLATFORMS, INC.'S OPPOSED MOTION TO DISMISS ADNEXUS INC.'S FIRST AMENDED COMPLAINT.

4. Attached as **Exhibit 1** is a true and correct copy of a letter sent by Alston & Bird to Adnexus's Counsel on May 12, 2023, detailing deficiencies identified in Adnexus's Original Complaint ("Deficiency Letter").

5. On May 17, 2023, counsel met and conferred regarding the identified deficiencies, during which time Plaintiff's counsel confirmed they had no questions and required no clarifications about the deficiencies identified in the letter.

6. Attached as **Exhibit 2** is a true and correct copy of a comparison identifying differences between Adnexus's Original Claim Chart filed as Dkt. 1-3, and Adnexus's Amended Claim Chart filed as Dkt. 16-2 ("Claim Chart Redline").

7. Attached as **Exhibit 3** is a true and correct copy of excerpts of the File History for U.S. Patent No. 8,719,101 ("'101 File History").

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2023                    */s/ Brady Cox*
                                        Brady Cox