UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**ADNEXUS INCORPORATED,**

*Plaintiff*,

v.  Case No. 6:23-CV-152-JKP

**META PLATFORMS, INC.,**

*Defendant*.

## FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action with prejudice under Fed. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted. Plaintiff takes nothing from his claim against Defendant.

**SIGNED this 2nd day of February 2024.**

**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**